■ REED PAVING, INC., Appellant-Respondent, v NIAGARA MOHAWK POWER CORPORATION, Defendant, and NEW YORK TELEPHONE COMPANY, Respondent-Appellant. (Appeal No. 1.)— Order unanimously affirmed, with costs to defendant New York Telephone Company, for reasons stated in memorandum decision at Special Term, Lynch, J. (Appeals from order of Supreme Court, Onondaga County, Lynch, J.—dismiss complaint.) Present—Dillon, P. J., Doerr, Green, O'Donnell and Pine, JJ.

■ REED PAVING, INC., Appellant-Respondent, v NIAGARA MOHAWK POWER CORPORATION, Defendant, and NEW YORK TELEPHONE COMPANY, Respondent-Appellant. (Appeal No. 2.)— Order unanimously affirmed, with costs to defendant Niagara Mohawk Power Corporation, for reasons stated in memorandum decision at Special Term, Lynch, J. (Appeals from order of Supreme Court, Onondaga County, Lynch, J.—dismiss complaint.) Present—Dillon, P. J., Doerr, Green, O'Donnell and Pine, JJ.